# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Buddy Holly |
| Line 3 | Writer(s) | Rivers Cuomo |
| Line 4 | Publisher Plaintiff(s) | Rivers Cuomo, an individual dba E.O. Smith Music |
| Line 5 | Date(s) of Registration | 3/20/96 |
| Line 6 | Registration No(s). | PA 787-867 |
| Line 7 | Date(s) of Infringement | 10/25/24 |
| Line 8 | Place of Infringement | Black Swan Bar & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Inside Out |
| Line 3 | Writer(s) | James Maxwell Stuart Collins; Jonathan Lee Siebels; Anthony Edward Fagenson |
| Line 4 | Publisher Plaintiff(s) | Jonathan Siebels, an individual d/b/a Less Than Zero Music; Tony Fagenson, an individual d/b/a Southfield Road Music; James Maxwell Stuart Collins, an individual d/b/a Fake And Jaded Music |
| Line 5 | Date(s) of Registration | 6/18/98 |
| Line 6 | Registration No(s). | PA 896-254 |
| Line 7 | Date(s) of Infringement | 10/25/24 |
| Line 8 | Place of Infringement | Black Swan Bar & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Kiss An Angel Good Mornin' |
| Line 3 | Writer(s) | Ben Peters |
| Line 4 | Publisher Plaintiff(s) | Jacqueline Peters as Trustee of the Residuary Trust U/W/O Benjamin J. Peters d/b/a Ben Peters Music |
| Line 5 | Date(s) of Registration | 8/10/71 |
| Line 6 | Registration No(s). | Ep 289616 |
| Line 7 | Date(s) of Infringement | 7/17/24 |
| Line 8 | Place of Infringement | Black Swan Bar & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Two Princes |
| Line 3 | Writer(s) | Christopher Barron p/k/a Spindoctor; Eric Schenkman p/k/a Spindoctor; Mark White p/k/a Spindoctor; Aaron Comess p/k/a Spindoctor |
| Line 4 | Publisher Plaintiff(s) | Mow B'Jow Music Inc.; Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 11/22/92 |
| Line 6 | Registration No(s). | PA 593-765 |
| Line 7 | Date(s) of Infringement | 10/25/24 |
| Line 8 | Place of Infringement | Black Swan Bar & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Tubthumping |
| Line 3 | Writer(s) | Nigel Hunter, Darren Hamer, Bruce Duncan, Paul Greco, Judith Abbott, Alice Nutter (aka Anne Holden), Louise Watts, Allen Whalley |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc. |
| Line 5 | Date(s) of Registration | 6/3/98 |
| Line 6 | Registration No(s). | PA 904-781 |
| Line 7 | Date(s) of Infringement | 10/25/24 |
| Line 8 | Place of Infringement | Black Swan Bar & Grill |

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | Wonderwall |
| Line 3 | Writer(s) | Noel Gallagher |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 11/20/95 |
| Line 6 | Registration No(s). | PA 782-736 |
| Line 7 | Date(s) of Infringement | 10/25/24 |
| Line 8 | Place of Infringement | Black Swan Bar & Grill |

| Line 1 | Claim No. | 7 | | | |
|---|---|---|---|---|---|
| Line 2 | Musical Composition | Heartaches By The Number | | | |
| Line 3 | Writer(s) | Harlan Howard | | | |
| Line 4 | Publisher Plaintiff(s) | Legacy of Harlan Perry Howard LLC; Ol' Harlan Songs LLC d/b/a Good Ol' Harlan Songs | | | |
| Line 5 | Date(s) of Registration | 6/18/87 | 6/18/87 | 7/20/61 | 5/1/59 |
| Line 6 | Registration No(s). | RE 342-222 | RE 342-209 | Ep 154404 | Eu 574758 |
| Line 7 | Date(s) of Infringement | 7/17/24 | | | |
| Line 8 | Place of Infringement | Black Swan Bar & Grill | | | |